JODI LINKER
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Jerome_Matthews@fd.org

Counsel for Defendant Toki

FILED
Sep 30 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SOLOMAN TOKI,<br><br>Defendant. | Case No.: CR 22–0341 HSG[DMR]<br><br>**RELEASE ORDER OF DEFENDANT FOR OCTOBER 3, 2022**<br><br>**Court:**    Courtroom 4, 3rd Floor |

Good cause appearing therefor,

IT IS ORDERED that the U.S. Marshals release defendant Andrew Soloman Toki from custody **no later than 10 a.m. on Monday, October 3, 2022**. Mr Toki shall proceed directly, without delay or detour, to New Bridge Foundation at 1820 Scenic Ave., Berkeley, California, where he shall enroll in its inpatient residential treatment program as directed by Pretrial Services.

Dated: September 30, 2022

*IT IS SO ORDERED*
/s/ Judge Donna M. Ryu
_____
HON. DONNA M. RYU
United States Magistrate Judge